# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 2, 2016

## NO. 03-16-00434-CV

**Alejandro Sanchez d/b/a Sanchez Construction, Appellant**

**v.**

**D. Bryand Consulting, LLC, Appellee**

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on May 31, 2016. Having reviewed the record, the Court holds that Alejandro Sanchez d/b/a Sanchez Construction has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.